IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

BERNICE FLEMING,

    Plaintiff,

v.

CREDIT ACCEPTANCE CORPORATION

    Defendant

Case No.:

**COMPLAINT AND JURY DEMAND**

Plaintiff, Bernice Fleming, (hereinafter "Plaintiff"), by and through her undersigned attorney, alleges against Credit Acceptance Corporation (hereinafter "Defendant") as follows:

## **PRELIMINARY STATEMENT**

1. This is an action for damages arising from Defendant's violations of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* ("TCPA").

## **JURSIDICTION AND VENUE**

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 47 U.S.C §227(b)(3).

3. Venue is proper in this district under 28 U.S.C § 1391(b).

## **PARTIES**

4. Plaintiff, Bernice Fleming, is a natural person, who at all relevant times has resided in the city of Kansas City, Jackson County, State of Missouri.

5. Defendant, Credit Acceptance Corporation is incorporated and doing business in the State of Michigan, with its corporate mailing address as 25505 West Twelve Mile Road, Southfield, MI 48034.

**FACTUAL STATEMENT**

6. Plaintiff is a co-signer on an account with her father. Between March 16, 2016 and April 19, 2016, she received numerous calls from Defendant to her cellular phone regarding amounts allegedly owed to Defendant.

7. Upon information and belief, the calls were made using an automatic telephone dialing system and/or by using an artificial or prerecorded voice.

8. The calls Plaintiff received were from Defendant's numbers (734) 742-1035 and (586) 461-4322. The calls were made to Plaintiff's cell number (816) xxx-4408 for which she incurs charges.

9. On April 13, 2016 Plaintiff called Defendant and advised Defendant's representative that she had previously contacted them to stop calling her. On that date, she reiterated that she was not to be called by Defendant in the future and demanded that Defendant stop calling her.

10. Defendant's representative repeatedly stated that unless a payment plan was in effect, Defendant would continue to call her.

11. Despite issuing this clear and unequivocal cease on April 13, 2016, Defendant thereafter used an autodialing system and called Plaintiff on her cellular phone seventeen (17) times.

12. As a result of the foregoing actions, Plaintiff has been abused, harassed, annoyed and damaged and is entitled to relief.

# COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT
### 47 .S.C. §227 et seq.

13. Plaintiff repeats and realleges the prior paragraphs as if fully set forth herein.

14. Defendant called Plaintiff's cellular telephone number repeatedly in an attempt to collect on an alleged debt after they had been advised to cease calling her. Defendant's use of an automatic dialing system subjects them to the provisions of the Act.

15. On April 13, 2016 Plaintiff revoked any consent previously given and advised Defendant to stop calling her, which request Defendant did not honor. Thereafter, Defendant improperly called Plaintiff seventeen (17) times.

16. Defendant's actions have damaged Plaintiff and constitute violations and/or willful violations of 47 U.S.C. § 227(b)(1)(A)(iii), as well as any other applicable provisions of the TCPA, and its conduct is not exempt from the proscriptions of the statute.17

17. The TCPA creates a private right of action against person who violate the act. As a result of each call made in violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages and treble damages for each call knowingly and/or willfully made in violation of the TCPA.

**WHEREFORE**, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii);

b) Enjoining Defendant from placing any further telephone calls to Plaintiff in violation of the TCPA, pursuant to 47 U.S.C. § 227(b)(3)(A);

c) Awarding Plaintiff statutory damages in the amount of $500.00 per violation, pursuant to 47 U.S.C. § 227(b)(3)(B);

d) Awarding Plaintiff actual damages, pursuant to 47 U.S.C. § 227(b)(3)(B);

e) Awarding Plaintiff treble damages, pursuant to 47 U.S.C. § 227(b)(3)(C);

f) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

g) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law; and

h) Awarding such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated this 8th day of August, 2016

        Respectfully Submitted,

        _s/ Richard Dvorak_____
        Richard Dvorak, Esq.
        Dvorak Law, Chartered
        7111 W. 98th Terrace, #140
        Overland Park, KS 66212
        Telephone: 913-951—5505
        Email: richard@dvoraklaw.com
        *Attorney for Plaintiff*

        Of Counsel to the Firm:
        Law Offices of Michael Lupolover, P.C.
        120 Sylvan Avenue, Suite 300
        Englewood Cliffs, NJ 07632
        Telephone: 201-461-0059
        Fax: 201-608-7116
        Email: rc@lupoloverlaw.com