# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| BERNICE FLEMING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 16-00901-CV-W-FJG |
| | ) | |
| CREDIT ACCEPTANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff filed a Complaint on August 16, 2016. The deadline for completion of service was November 17, 2016. On November 28, 2016, the Court issued an Order directing plaintiff to Show Cause in writing why the case should not be dismissed for failure to prosecute.  On December 10, 2016, plaintiff filed a return of service, indicating that defendant had been served on September 1, 2016.  However, after filing the return of service, plaintiff has taken no further action regarding this case. To date, defendant has not filed an Answer to plaintiff's Complaint, nor has plaintiff filed a motion for entry of default judgment.  On February 28, 2017, the Court issued a second Order to Show Cause directing plaintiff to show cause in writing on or before March 17, 2017 why the matter should not be dismissed for failure to prosecute.  Plaintiff did not file a response to the Order to Show Cause nor request an extension of time to do so.  Accordingly, it is hereby **ORDERED** that this case is dismissed for failure to prosecute.

Date:  April 5, 2017                                                **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                                            Fernando J. Gaitan, Jr.
                                                                         United States District Judge