UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BERNICE FLEMING, | ) |
|     Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:16-cv-00901-FJG |
| | ) |
| CREDIT ACCEPTANCE CORPORATION, | ) |
|     Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

It is ORDERED AND ADJUDGED that

this case is dismissed for failure to prosecute.


<u>April 5, 2017</u>                                             <u>Paige Wymore-Wynn</u>
Dated                                                            Clerk of Court

<u>April 6, 2017</u>                                             /s/ Rhonda Enss
Entered                                                 (by) Deputy Clerk